646 S.E.2d 463

**William C. DOWDEN, Jr., Appellant,**

v.

**HERCULES, INC. and Aqualon Company, Appellees.**

**Record No. 1226–06–2.**

Court of Appeals of Virginia.

July 3, 2007.

Before FELTON, C.J., and BENTON, ELDER, FRANK, HUMPHREYS, CLEMENTS, KELSEY, McCLANAHAN, HALEY, PETTY, and BEALES, JJ.

Upon a Petition for Rehearing En Banc.

On May 22, 2007 came the appellees, by counsel, and filed a petition requesting that the Court set aside the judgment rendered herein on May 8, 2007, and grant a rehearing *en banc* thereof.

On consideration whereof, the petition for rehearing *en banc* is granted, the mandate entered herein on May 8, 2007 is stayed pending the decision of the Court *en banc*, and the appeal is reinstated on the docket of this Court.

Notwithstanding the provisions of Rule 5A:35, the following briefing schedule hereby is established: Appellant shall file an opening brief upon rehearing *en banc* within 21 days of the date of entry of this order; appellees shall file an appellees' brief upon rehearing *en banc* within 14 days of the date on which the opening brief is filed; and appellant may file a reply brief upon rehearing *en banc* within 14 days of the date on which the appellee's brief is filed. The appellant shall attach as an addendum to the opening brief upon rehearing *en banc* a copy of the opinion previously rendered by the Court in this matter. It is further ordered that the appellees shall file

**112**

twelve additional copies of the appendix previously filed in this case.